UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**STEVEN CLAYTOR, individually and**
on behalf of all other similarly situated

    **Plaintiff,**

v.                                                                                    Case No: 5:14-cv-411-Oc-30PRL

**THE MOJO GRILL AND CATERING**
**CO OF BELLEVIEW, LLC., CABANA'S**
**CATERING, LLC and RONDO**
**FERNANDEZ**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's motion for writs of garnishment. (Doc. 12). On October 28, 2014, Plaintiff obtained a final default judgment against Defendants Cabana's Catering, LLC, Rondo Fernandez, and The Mojo Grill and Catering Co. of Belleview, LLC in the amount of $16,957.50. (Doc. 11). The judgment remains unsatisfied. Plaintiff asks the Court to issue writs of garnishment on Garnishees, Bank of America and Regions Bank, which may possess monies belonging to Defendants. Upon due consideration, Plaintiff's motion is **GRANTED**. The Clerk shall issue the writs of garnishment and notices attached to the motion. Plaintiff is reminded that he is required to comply with the notice requirements of §77.041, Florida Statutes.

Without any explanation, Plaintiff also attaches to his motion a writ of execution that he presumably wants the Court to issue. That request is **DENIED** without prejudice to renewal upon

- 2 -

the filing of a motion specifically requesting such relief and providing a legal memorandum supporting its issuance.

**DONE** and **ORDERED** in Ocala, Florida on February 6, 2015.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties