**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**STEVEN CLAYTOR, individually and**
**on behalf of all other similarly situated**

    **Plaintiff,**

**v.**                                                             **Case No: 5:14-cv-411-Oc-30PRL**

**THE MOJO GRILL AND CATERING**
**CO OF BELLEVIEW, LLC., CABANA'S**
**CATERING, LLC and RONDO**
**FERNANDEZ**

    **Defendants.**

## ORDER

This matter is before the Court on the parties' joint motion for approval of their settlement agreement (Doc. 43).

On October 28, 2014, final default judgment was entered in favor of Plaintiff (Doc. 11) and the Court subsequently denied Defendants' motion to set the judgment aside. (Doc. 39). In efforts to collect the judgment, Plaintiff motioned the Court to issue writs of garnishment on Bank of America and Regions Bank (Doc. 12), which the Court issued on February 9, 2015. (Docs. 13, 14, 15). Mr. Fernandez timely filed a claim of exemption as to the writ of garnishment issued to Bank of America (Doc. 29), and on April 8, 2015, I held a hearing solely on the claimed exemption. At the hearing, the parties advised me that they had a reached an agreement regarding the writ of garnishment and payment of the outstanding judgment. The parties have now filed a settlement agreement outlining Defendants' payment of the judgment, including dissolution of the writs of garnishment. (Doc. 43-1 at 1-2).

- 2 -

Based on the parties' agreement, the parties' motion is **GRANTED** as follows:

1. Regions Bank shall **RELEASE** funds to Plaintiff in the amount of $1,921.60 that are being held pursuant to the writ of garnishment; and

2. The writs of garnishment issued to Regions Bank (Doc. 14) and Bank of America (Doc. 15) are hereby **DISSOLVED**.

**DONE** and **ORDERED** in Ocala, Florida on May 13, 2015.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties